FILED
CLERK, U.S. DISTRICT COURT
8/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jji DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEJANDRO ROJAS,
Plaintiff,
v.
URGENT HOME SERVICES aka URGENT HOME SERVICES INC dba SERVICE ALL STARS HEATING AND AIR COMFORT, and FAISAI LODHI,
Defendants.

Case No. 2:26-cv-09885-FMO-SSC(x)

**NOTICE OF RELATED CASE**

Plaintiff, Jorge Alejandro Rojas, pursuant to L.R. 83-1.3, files this Notice of Related Case.

Plaintiff, previously represent by counsel, filed *Rojas v. Urgent Home Services* 2:26-cv-04770 on May 3, 2026. That action was voluntarily dismissed, prior to successful service of process, without prejudice, on July 6, 2026. Plaintiff now wishes to pursue this case *pro se*. This and the prior action relate to the same transaction, happening, or event. Both actions challenge the allegedly unlawful telephone calls/texts made to Plaintiff in violation of the Telephone Consumer Protection Act. Except for the class action claims

that were in the earlier action, this action will likely involve the same issues of law and/or fact. Because the earlier action was dismissed, Plaintiff does not believe there will be substantial duplication of labor if assigned to a different judge.

The re-filing of this action is not for the purpose of delay or to obtain the assignment of a new judge. Plaintiff intends to pursue the class-action claims that were pursued by counsel for Plaintiff – but voluntarily dismissed – on an individual basis.

Dated: August 30, 2026

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this filing will be sent to Defendants as part of service of process of the summons/complaint, and a separate certificate of service will be filed at that time.

Dated: August 30, 2026

Jorge Alejandro Rojas