FILED
CLERK, U.S. DISTRICT COURT
10/28/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Jorge Alejandro Rojas
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>vs.<br>URGENT HOME SERVICES aka URGENT HOME SERVICES INC dba SERVICE ALL STARS HEATING AND AIR COMFORT, and FAISAI LODHI,<br><br>Defendants. | Case No. 2:26-cv-09885-RGK-SSC<br><br>Hon. R. Gary Klausner |

**NOTICE OF SETTLEMENT**

Plaintiff, Jorge Alejandro Rojas, informs the Court that a settlement has been reached between Plaintiff and Defendants in this matter. The parties are working to consummate their settlement, and Plaintiff anticipates filing a Notice of Voluntary Dismissal with Prejudice as to all Defendants in approximately thirty (30) calendar days.

Respectfully submitted,

Dated: October 28, 2026

JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**CERTIFICATE OF SERVICE**

I, Jorge Alejandro Rojas, certify a copy of this filing will be e-mailed to Defendants, who have consented to receipt via e-mail of filed documents in writing.

JORGE ALEJANDRO ROJAS