Jorge Alejandro Rojas
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>vs.<br>URGENT HOME SERVICES aka URGENT HOME SERVICES INC dba SERVICE ALL STARS HEATING AND AIR COMFORT, and<br>FAISAI LODHI,<br><br>Defendants. | Case No. 2:26-cv-09885-RGK-SSC<br><br>Hon. R. Gary Klausner |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, as to all Defendants, with prejudice.

Respectfully submitted,

Dated: November 19, 2026
*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se

557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**CERTIFICATE OF SERVICE**

I, Jorge Alejandro Rojas, certify a copy of this filing will be e-mailed to Defendants, who have consented to receipt via e-mail of filed documents in writing.

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS